FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 1 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIAM LESSIN; et al., <br><br> Plaintiffs - Respondents, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant - Petitioner. | No. 25-602 <br><br> D.C. No. 3:19-cv-01082-AJB-AHG <br> Southern District of California, San Diego <br><br> ORDER |

Before: BADE and DE ALBA, Circuit Judges.

The motion (Docket Entry No. 15) for leave to file a reply in support of the petition is granted.

The petition for permission to appeal is granted. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition). Within 14 days, petitioner must comply with Federal Rule of Appellate Procedure 5(d)(1).

The unopposed motion (Docket Entry No. 5) to file Volume 4 of the excerpts of record under seal in this petition is granted. The clerk will file publicly the motion to seal and exhibits (Docket Entry Nos. 5-1, 5-3, 5-4, 5-5). The clerk will maintain under seal Volume 4 of the excerpts of record (Docket Entry Nos. 1-5, 5-2).